No. 86–1543.  PETERSON PAINTING, INC. v. NATIONAL LABOR RELATIONS BOARD.  C. A. 9th Cir.  Certiorari denied.  ■

No. 86–1553.  COHEN v. UNITED STATES; and
No. 86–1579.  IANNIELLO ET AL. v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 86–1577.  FERNANDEZ v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 86–1589.  PRICE v. TAMPA ELECTRIC CO.  C. A. 11th Cir.  Certiorari denied.

No. 86–1594.  SMALL v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 86–1689.  KIN SUN YUEN v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 86–1721.  NEW JERSEY TRANSIT POLICEMEN'S BENEVOLENT ASSN., LOCAL 304 v. NEW JERSEY TRANSIT CORPORATION.  C. A. 3d Cir.  Certiorari denied.

No. 86–1724.  O'MALLEY v. XEROX CORP. ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 86–1731.  BEHRMAN v. BEHRMAN.  App. Ct. Mass.  Certiorari denied.

No. 86–1745.  MOORE ET AL. v. FROST ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 86–1749.  BENZIES v. ILLINOIS DEPARTMENT OF MENTAL HEALTH AND DEVELOPMENTAL DISABILITIES.  C. A. 7th Cir.  Certiorari denied.

No. 86–1752.  ILLINOIS v. GIBONS ET AL.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 86–1755.  WMBIC INDEMNITY CORP. v. SUPERIOR COURT OF LOS ANGELES COUNTY (SHORT, REAL PARTY IN INTEREST).  Ct. App. Cal., 2d App. Dist.  Certiorari denied.